IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | ) | |
| | ) | Chapter 11 |
| Onco Investment Company, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | Bankruptcy Case No. 04-10558 |
| (DDS) | ) | |
| | ) | |
| MW Post Portfolio Fund Ltd., *et al.*, | ) | District Court Civil Action Nos. |
| | ) | 04-1543 (Lead); 04-1544; 04-1545; |
| *Appellants*, | ) | and 04-1546 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| Norwest Bank Minnesota, National Association (n/k/a Wells Fargo Bank, MN, National Association), *et al.*, | ) | |
| | ) | |
| *Appellees*. | ) | |

**DECLARATION OF A. BRENT TRUITT IN SUPPORT OF APPELLANTS' ANSWERING BRIEF IN RESPONSE TO MOTION TO DISMISS APPEAL**

I, A. Brent Truitt, hereby declare:

1. I am of counsel to the law firm of Hennigan, Bennett & Dorman LLP ("HBD"), counsel to the Senior Noteholders in the above-captioned proceeding. I submit this Declaration in support of the Senior Noteholders' Answering Brief in response to the Appellees' Motion to Dismiss this appeal. This Declaration is submitted in lieu of the Appendix referenced in Local Rule 7.1.3.(d) in order to authenticate the documents that are attached as Exhibits. Capitalized terms used but not defined in this Declaration have the meanings given to them in that Answering Brief.

2. Except as otherwise stated, I know personally the facts set forth herein and could and would competently testify thereto if called and sworn as a witness.

3. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Objection (without exhibits) filed by the Senior Noteholders, on or about July 16, 2004, with respect to Oglebay's Disclosure Statement.

4. Attached hereto as <u>Exhibit B</u> is a true and correct copy of excerpts of the Disclosure Statement, dated July 30, 2004, approved by the Bankruptcy Court with respect to Oglebay's Plan.

5. Attached hereto as <u>Exhibit C</u> is a true and correct copy of excerpts of the transcript from the hearing held before the Bankruptcy Court on July 27, 2004.

6. Attached hereto as <u>Exhibit D</u> is a true and correct copy of the transcript from the hearing held before the Bankruptcy Court on January 13, 2005.

7. Attached hereto as <u>Exhibit E</u> is a true and correct copy (without exhibits) of the Limited Objection filed by the Indenture Trustee, on or about September 20, 2004, with respect to confirmation of the Plan.

8. Attached hereto as <u>Exhibit F</u> is a true and correct copy of a letter, dated February 9, 2005, from counsel to the Indenture Trustee to various recipients, including Bruce Bennett of HBD.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of April, 2005.

/s/ A. Brent Truitt
A. Brent Truitt