IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **ONCO Investment Company,** *et al.*, | Jointly Administered under Case No.: 04-10558 (DDS) |
| **Debtors.** | |
| **MW Post Portfolio Fund Ltd.,** *et al.*, | Adversary Proceeding |
| **Appellants,** | |
| - against - | Case No.: 04-54122 (DDS) |
| **Norwest Bank Minnesota, National Association (n/k/a Wells Fargo Bank, MN, National Association),** *et al.* | Civil Action No.: 04-1543 (SLR) – Lead |
| **Appellees.** | **SUPPLEMENTAL AFFIDAVIT OF ROCHELLE F. WALK** |

STATE OF OHIO         )
                      )   SS.:
COUNTY OF CUYAHOGA )

Rochelle F. Walk, being duly sworn, deposes and says as follows:

1. I am Vice President, General Counsel and Secretary of the Oglebay Norton Company, one of the reorganized debtors ("Reorganized Debtors") herein. I submit this affidavit in further support of defendant-appellees' motion to dismiss consolidated appeals and in response to plaintiffs' reply brief to the motion to dismiss the appeals. I have personal knowledge of the facts set forth herein and in my original affidavit, submitted in support of

CLI-1295951v2
510798 - 080001

defendant-appellees' motion to dismiss consolidated appeals, sworn to on the 24th day of February 2005 (the "Original Walk Affidavit").

2. In the Original Walk Affidavit, I described several transactions that the Reorganized Debtors engaged in as part of the implementation of the Plan.[1] I understand that, in their answering brief to the motion to dismiss, plaintiffs have speculated as to whether all the New Common Stock was distributed to the holders of Class 7 Claims (the Old Senior Subordinated Claims).

3. The Plan required that, on the Effective Date, the holders of Class 7 Claims (the Old Senior Subordinated Notes Claims) would receive their Pro Rata share of 2,928,571 shares of New Common Stock. (Plan §III.C.2). To avoid all doubt on the subject (and as I attested to in the Original Walk Affidavit), on or about the Effective Date of the Plan, the Debtors effected a complete distribution – through the Depository Trust Company – of 2,928,571 shares of New Common Stock (CUSIP #677007-20-5) to the holders of Old Senior Subordinated Notes Claims in exchange for the Old Senior Subordinated Notes (CUSIP #677007-BU-9), which were thereupon cancelled. Thus, contrary to plaintiffs' speculation, I am informed by DTC that all of the New Common Stock has been distributed by DTC. No New Common Stock is being held by the Reorganized Debtors or DTC for future distribution

---

[1] Capitalized terms that are not otherwise defined herein shall have the meanings ascribed to such terms in my first affidavit in support of defendant-appellees' motion to dismiss consolidated appeals, dated February 24, 2005.

CLI-1295951v2
510798 - 080001

to the holders of Old Senior Subordinated Note Claims.

                                                                   /s/ Rochelle F. Walk
                                                                         Rochelle F. Walk

Sworn to before me this
4th day of May, 2005

/s/ Janie V. Clark
Notary Public
JANIE V. CLARK
Notary Public, State of Ohio, Cuy. Cty.
My commission expires June 15, 2008

CLI-1295951v2
510798 - 080001