IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ONCO Investment Company, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Jointly Administered under<br>Case No.: 04-10558 (DDS) |
| MW Post Portfolio Fund Ltd., *et al.*,<br><br>Appellants,<br><br>- against -<br><br>Norwest Bank Minnesota, National Association (n/k/a Wells Fargo Bank, MN, National Association), *et al.*<br><br>Appellees. | Adversary Proceeding<br><br><br>Case No.: 04-54122 (DDS)<br><br><br>Civil Action No.: 04-1543 (SLR) – Lead<br><br><br>**AFFIDAVIT OF SUSAN GEIGEL** |

STATE OF NEW YORK   )
                    )   ss.:
COUNTY OF NEW YORK  )

SUSAN GEIGEL, being duly sworn, deposes and says as follows:

1. I am Director, Legal and Regulatory, of The Depository Trust Company ("DTC"), one of the defendants herein. I submit this affidavit in support of defendant-appellees' motion to dismiss consolidated appeals and in response to plaintiffs' reply brief to the motion to dismiss the appeals. I have personal knowledge of the facts set forth herein.

2. DTC's books and records reflect that, on February 2, 2005, DTC allocated 2,928,571 shares of New Common Stock[1] (CUSIP #677007-20-5) to those of its participants whose DTC accounts reflected positions in Old Subordinated Notes (CUSIP #677007-BU-9). On or about the same time, the Old Subordinated Notes (CUSIP #677007-BU-9) were debited from Participants' DTC accounts.

3. DTC's books and records further reflect that since February 2, there has been movement of New Common Stock (CUSIP #677007-20-5) among DTC participants, indicative of trading in the marketplace.

_____
Susan Geigel

Sworn to before me this
5th day of May, 2005

_____
Notary Public

LINDA KARR
Notary Public, State of New York
No. 01KA6030129
Qualified in Richmond County
Commission Expires September 7, 20 05

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

2