**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Jointly Administered under |
| Onco Investment Company, *et al*., | ) Case No. 04-10558(DDS) |
| | ) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |
| MW Post Portfolio Fund Ltd. | ) |
| *et al*., | ) |
| Appellants | ) Adv. No. 04-54122 (RB) |
| | ) |
| v. | ) Civil Action No.: 04-1543 (RB) |
| Norwest Bank Minnesota, National Association | ) Lead |
| (n/k/a Wells Fargo Bank, MN, National | ) |
| Association), et al. | ) |
| | ) |
| Appellees. | ) |
| | ) |

ORDER

The Appellants' request for oral argument under D.Del Local Rule 7.1.4 considered, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that oral argument be heard on the _____ day of _____, 2005 in Wilmington, Delaware.

_____
THE HONORABLE SUE L. ROBINSON
CHIEF UNITED STATES DISTRICT COURT JUDGE