<u>CERTIFICATE OF SERVICE</u>

I, Brian A. Sullivan, do hereby certify that on May 9, 2005, copies of the

foregoing document were served on the parties on the attached service list in the manner

indicated:

<u>/s/ Brian A. Sullivan</u>
Brian A. Sullivan

SERVICE LIST

**Via Hand Delivery**
Laura Davis Jones, Esq.
David W. Carickhoff, Jr., Esq.
PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705

**Via Hand Delivery**
Daniel J. DeFranceschi, Esq.
Paul N. Heath, Esq.
Karen M. McKinley, Esq.
RICHARDS, LAYTON, &
FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

**Via First Class Mail**
Richard W. Reinthaler, Esq.
Dianne Coffino, Esq.
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York  10019

**Via First Class Mail**
David G. Heiman, Esq.
Edward J. Sebold, Esq.
Heather Lennox, Esq.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

**Via First Class Mail**

William P. Weintraub, Esq.
PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.
780 Third Avenue, 36th Floor
New York, New York  10017

**Via First Class Mail**

Michelle Harner, Esq.
JONES DAY
77 West Wacker
Chicago, Illinois    60601

**Via Hand Delivery**
Mark E. Felger, Esq.
COZEN O'CONNOR
Chase Manhattan Centre
1201 Market Street, Suite 1400
Wilmington, Delaware 19801
Tel.: (302) 295- 2000
Fax.: (302) 295-2013

**Via First Class Mail**
Gregg M. Mashber, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036