IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **Onco Investment Company,** *et al.*, | Jointly Administered under Case No.: 04-10558 (DDS) |
| **Debtors.** | |
| **MW Post Portfolio Fund Ltd.,** *et al.*, | Adversary Proceeding |
| **Appellants,** | |
| - against - | Case No.: 04-54122 (DDS) |
| **Norwest Bank Minnesota, National Association (n/k/a Wells Fargo Bank, MN, National Association),** *et al.* | Civil Action No.: 04-1543 (SLR) – Lead |
| **Appellees.** | |

**DEFENDANT-APPELLEES' OBJECTION TO PLAINTIFF-APPELLANTS' NOTICE OF COMPLETION OF BRIEFING AND REQUEST FOR ORAL ARGUMENT**

Defendant-Appellees hereby object to the filing on May 9, 2005 by plaintiff-appellants of a Notice of Completion of Briefing and Request for Oral Argument on Motion to Dismiss Appeal (the "Notice"), which contains substantive arguments and is nothing more than a thinly-disguised, unauthorized sur-reply brief.

The Local Rules of this court are clear – *unless this Court orders otherwise*, the parties to a motion are permitted to file only the following documents: (i) the moving parties' opening brief, (ii) the non-moving parties' response brief and (iii) the moving parties' reply brief. *See* Local Rule 7.1.2. Plaintiff-appellants, as the non-moving parties, are not permitted to file a

sur-reply brief. Accordingly, defendant-appellees object to the Notice and respectfully request that the Court disregard it and any substantive arguments set forth therein in their entirety.

Dated: May 16, 2005

        Respectfully submitted,

        PACHULSKI, STANG, ZIEHL, YOUNG,
        JONES & WEINTRAUB P.C.

        _____
        Laura Davis Jones, Esq. (DE Bar No. 2436)
        David W. Carickhoff, Jr., Esq. (DE Bar No. 3715)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        William P. Weintraub, Esq.
        780 Third Avenue, 36th Floor
        New York, New York 10017
        Telephone: (212) 561-7700
        Facsimile: (212) 561-7777

        and

        DEWEY BALLANTINE LLP
        Richard W. Reinthaler, Esq.
        Dianne F. Coffino, Esq.
        1301 Avenue of the Americas
        New York, New York 10019

        Co-Counsel for Wells Fargo Bank,
        National Association

        and

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Paul N. Heath*
Daniel J. DeFranceschi, Esq. (DE Bar No. 2732)
Paul N. Heath, Esq. (DE Bar No. 3704)
Karen M. McKinley, Esq. (DE Bar No. 4372)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 658-6548

and

JONES DAY
Heather Lennox, Esq.
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

Michelle Morgan Harner, Esq.
77 West Wacker
Chicago, Illinois 60601

Co-Counsel for
Oglebay Norton Company

and

COZEN O'CONNOR

_____
Mark E. Felger, Esq. (DE Bar No. 3919)
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

and

RICHARDS, LAYTON & FINGER, P.A.

Daniel J. DeFranceschi, Esq. (DE Bar No. 2732)
Paul N. Heath, Esq. (DE Bar No. 3704)
Karen M. McKinley, Esq. (DE Bar No. 4372)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 658-6548

and

JONES DAY
Heather Lennox, Esq.
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

Michelle Morgan Harner, Esq.
77 West Wacker
Chicago, Illinois 60601

Co-Counsel for
Oglebay Norton Company

and

COZEN O'CONNOR

*/s/ Mark Felger by Pearson*
Mark E. Felger, Esq. (DE Bar No. 3919)
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

and

PROSKAUER ROSE LLP
Gregg M. Mashberg
1585 Broadway
New York, New York 10036

Co-Counsel for The Depository
Trust Company