IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONCO INVESTMENT COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10558 (DDS) |
| MW POST PORTFOLIO FUND LTD., et al.,<br><br>Appellants,<br><br>- against -<br><br>NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, n/k/a WELLS FARGO BANK, MN, NATIONAL ASSOCIATION, et al.,<br><br>Appellees. | Adversary Proceeding<br><br>Case No.: No. 04-54122 (DDS)<br><br>Civil Action No. 04-1543 (SLR) - Lead |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 16th day of May, 2005, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

> **DEFENDANT-APPELLEES' OBJECTION TO PLAINTIFF-APPELLANTS' NOTICE OF COMPLETION OF BRIEFING AND REQUEST FOR ORAL ARGUMENT**

David W. Carickhoff, Jr. (De Bar No. 3715)

ONCO Investment Co - Wells Fargo Appeal List
Case No. 04-10558
Document No. 106020.2
04 – Hand Delivery
01 – Interoffice Mail
06 – Overnight Delivery

(Counsel for Wells Fargo Bank, National Association)
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

*Interoffice Mail*
(Counsel for Wells Fargo Bank, National Association)
William P. Weintraub, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
780 Third Avenue, 36th Floor
New York, NY  10017

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE  19801

*Hand Delivery*
(Counsel for MW Post Portfolio Fund Ltd)
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Oglebay Norton Company)
Daniel J. DeFranceschi, Esquire
Paul N. Heath, Esquire
Karen M. McKinley, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*Hand Delivery*
(Counsel for The Depository Trust Company)
Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE  19801

*Overnight Delivery*
(Counsel for MW Post Portfolio Fund Ltd)
Bruce Bennett, Esquire
Hennigan, Bennett & Dorman LLP
601 South Figueroa Street, Suite 3300
Los Angeles, CA  90017

*Overnight Delivery*
(Counsel for MW Post Portfolio Fund Ltd)
A. Brent Truitt, Esquire
Hennigan, Bennett & Dorman LLP
245 Park Avenue, Suite 3962
New York, NY  10167

*Overnight Delivery*
(Counsel for Wells Fargo Bank, National Association)
Richard W. Reinthaler, Esquire
Dianne Coffino, Esquire
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY  10019

*Overnight Delivery*
(Counsel for Oglebay Norton Company)
Heather Lennox, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114

*Overnight Delivery*
(Counsel for Oglebay Norton Company)
Michelle Morgan Harner, Esquire
Jones Day
77 West Wacker
Chicago, IL  60601

*Overnight Delivery*
(Counsel for The Depository Trust Company)
Gregg M. Mashberg, Esquire
1585 Broadway
New York, NY  10036