# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ONCO INVESTMENT COMPANY, *et al.*, | ) Jointly Administered |
| | ) Case No. 04-10558 (JBR) |
| | ) |
| Debtors. | ) Adversary Proceeding No. 04-54122 (JBR) |
| | ) |
| | ) |
| MW POST PORTFOLIO FUND LTD., | ) |
| DB DISTRESSED OPPORTUNITIES FUND, LTD., | ) |
| POST OPPORTUNITY FUND, L.P., | ) |
| POST TOTAL RETURN FUND, L.P., | ) Civil Action No. 04-1543-SLR |
| HFR DS OPPORTUNITY MASTER TRUST, | ) |
| THE OPPORTUNITY FUND LLC, | ) |
| MW POST OPPORTUNITY OFFSHORE FUND, LTD., | ) |
| SOUTH DAKOTA INVESTMENT COUNCIL, | ) |
| CONCORDIA MAC29 LTD., | ) |
| JME OPPORTUNITY PARTNERS, LLC, | ) |
| JME OFFSHORE OPPORTUNITY FUND, LTD., | ) |
| JME OFFSHORE OPPORTUNITY FUND II, LTD., | ) |
| RESTORATION CAPITAL MANAGEMENT LLC, | ) |
| RESTORATION HOLDINGS LTD., and | ) |
| LITESPEED MASTER FUND, LTD., | ) |
| | ) |
| Plaintiffs-Appellants, | ) |
| | ) |
| -against- | ) |
| | ) |
| NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, n/k/a WELLS FARGO BANK, MN, NATIONAL ASSOCIATION, as Indenture Trustee for the 10% Senior Subordinated Notes due February 1, 2009 of Oglebay Norton Company, | ) |
| OGLEBAY NORTON COMPANY, and THE DEPOSITORY TRUST COMPANY, | ) |
| | ) |
| Defendants-Appellees, | ) |

|  |  |
|---|---|
| -and- | ) ) ) ) ) |
| **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ONCO INVESTMENT COMPANY,** *et al.*, | ) ) ) ) |
| **Defendant-Intervenor.** |  |

## NOTICE OF APPEAL

Notice is hereby given that the above-referenced Plaintiffs (collectively, the "Appellants") in the above-captioned adversary proceeding, hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum Order of the United States District Court for the District of Delaware granting the Appellees' Motion to Dismiss, which was entered on September 29, 2005 (the "Order") [Docket No. 21] in Civil Action No. 04-1543 (consolidated with Civil Action Nos. 04-1544, 04-1545, and 04-1546).

The names of all parties to the Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

    **1.**    **Appellants**

Bruce Bennett, Esq.
James O. Johnston, Esq.
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California  90017
(213) 694-1200

A.  Brent Truitt, Esq.
HENNIGAN, BENNETT & DORMAN LLP
245 Park Avenue, Suite 3962
New York, New York  10167
(212) 672-1966

Brian A. Sullivan, Esq.
Amy D. Brown, Esq.
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
Wilmington, Delaware  19801
(302) 652-1100

2.  **Norwest Bank Minnesota, National Association n/k/a Wells Fargo Bank, MN, National Association**

Richard W. Reinthaler, Esq.
Dianne Coffino, Esq.
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York  10019
(212) 259-8000

William P. Weintraub, Esq.
PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
780 Third Avenue, 36th Floor
New York, New York  10017
(212) 561-7700

Laura Davis Jones, Esq.
David W. Carickhoff, Jr., Esq.
PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705
(302) 652-4100


3.  **Oglebay Norton Company**

David G. Heiman, Esq.
Edward J. Sebold, Esq.
Heather Lennox, Esq.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
(216) 586-3939

Michelle Morgan Harner, Esq.
JONES DAY
77 West Wacker
Chicago, Illinois  60601
(312) 782-3939

Daniel J. DeFranceschi, Esq.
Paul N. Heath, Esq.
Karen M. McKinley, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19899
(302) 651-7700

    **4.**    **The Depository Trust Company**

Gregg M. Mashberg, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
(212) 969-3450

Mark E. Felger, Esq.
COZEN O'CONNOR
Chase Manhattan Centre
1201 Market Street, Suite 1400
Wilmington, Delaware 19801
(302) 295-2000

| | |
|---|---|
| DATED: October 28, 2005 | HENNIGAN, BENNETT & DORMAN LLP |
| | Bruce Bennett<br>James O. Johnston<br>601 South Figueroa Street, Suite 3300<br>Los Angeles, California 90017<br>(213) 694-1200 (Telephone)<br>(213) 694-1234 (Facsimile) |
| | A. Brent Truitt<br>245 Park Avenue, Suite 3962<br>New York, New York 10167<br>(212) 672-1966 (Telephone)<br>(212) 672-1965 (Facsimile) |
| | --and-- |
| | WERB & SULLIVAN |
| | /s/ Brian A. Sullivan<br>Brian A. Sullivan (#2098)<br>Amy D. Brown (#4077)<br>300 Delaware Avenue, 13th Floor<br>Wilmington, Delaware 19801<br>(302) 652-1100 (Telephone)<br>(302) 652-1111 (Facsimile) |
| | Attorneys for Appellants |

435686\v1