## CERTIFICATE OF SERVICE

I, Brian A. Sullivan, Esq. hereby certify that on October 28, 2005 I served the foregoing document upon the following parties in the manner indicated:

**VIA FIRST CLASS MAIL:**

William P. Weintraub, Esquire
Ian D. Scharf, Esquire
Pachulski, Stang, Ziehl, Young, Jones
      & Weintraub P.C.
780 Third Avenue
36th Floor
New York, New York 10017-2024

David G. Heiman, Esquire
Edward J. Sebold, Esquire
Heather Lennox, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

Michelle Morgan Harner, Esquire
Jones Day
77 West Wacker Drive
Chicago, Illinois 60601

Richard W. Reinthaler, Esquire
Dianne Coffino, Esquire
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019

Gregg M. Mashberg, Esquire
Proskauer Rose LLP
1585 Broadway
New York, New York 10036

**VIA HAND DELIVERY**

Daniel J. DeFranceschi, Esquire
Paul N. Heath, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 Market Street, Suite 1400
Wilmington, Delaware 19801

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, Delaware 19899

U.S. Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware

J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

                                                /s/ Brian A. Sullivan
                                                Brian A. Sullivan