IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONCO INVESTMENT COMPANY, et al.,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Jointly Administered<br>Case No. 04-10558 (RB) |
| MW POST PORTFOLIO FUND LTD., et al.,<br><br>　　　　　　　　　　Appellants,<br><br>- against -<br><br>NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, n/k/a WELLS FARGO BANK, MN, NATIONAL ASSOCIATION, et al.,<br><br>　　　　　　　　　　Appellees. | Civil Action Nos. 04-1543 (SLR) (Lead); 04-1544 (SLR); 04-1545 (SLR); and 04-1546 (SLR) |

**NOTICE OF SUBSTITUTION OF COUNSEL, ENTRY OF APPEARANCE
AND REQUEST FOR NOTICES AND OTHER PLEADINGS**

**PLEASE TAKE NOTICE** that Laura Davis Jones of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("PSZYJW" or "Firm") hereby enters an appearance as counsel for Norwest Bank Minnesota, National Association, n/k/a Wells Fargo Bank, MN, National Association, et al. in place and instead of David W. Carickhoff, Jr., formerly associated with PSZYJW and currently associated with the law firm of Blank Rome LLP.

*(Remainder of this page intentionally left blank)*

68700-001\DOCS_DE:112795.1

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Federal Rule of Bankruptcy Procedure 2002, all notices, pleadings, motions and other papers filed in the above-captioned case are requested to be served upon:

Laura Davis Jones
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-4705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Electronic Mail: ljones@pszyjw.com

William P. Weintraub
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub P.C.
780 Third Avenue
36th Floor
New York, NY 100017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Electronic Mail: wweintraub@pszyjw.com

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

/s/ L. M. Selzer
Laura Davis Jones, Esquire (Bar No. 2436)
Sandra G. M. Selzer (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-4705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Electronic Mail: ljones@pszyjw.com
                sselzer@pszyjw.com