IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ONCO INVESTMENT COMPANY, *et al.*, | ) | Jointly Administered |
| | ) | Case No. 04-10558 (JBR) |
| | ) | |
| Debtors. | ) | Adversary Proceeding No. 04-54122 (JBR) |
| | ) | |
| MW POST PORTFOLIO FUND LTD., DB DISTRESSED OPPORTUNITIES FUND, LTD., POST OPPORTUNITY FUND, L.P., POST TOTAL RETURN FUND, L.P., HFR DS OPPORTUNITY MASTER TRUST, THE OPPORTUNITY FUND LLC, MW POST OPPORTUNITY OFFSHORE FUND, LTD., SOUTH DAKOTA INVESTMENT COUNCIL, CONCORDIA MAC29 LTD., JME OPPORTUNITY PARTNERS, LLC, JME OFFSHORE OPPORTUNITY FUND, LTD., JME OFFSHORE OPPORTUNITY FUND II, LTD., RESTORATION CAPITAL MANAGEMENT LLC, RESTORATION HOLDINGS LTD., and LITESPEED MASTER FUND, LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1543-SLR |
| Plaintiffs-Appellants, | ) | |
| -against- | ) | |
| NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, n/k/a WELLS FARGO BANK, MN, NATIONAL ASSOCIATION, as Indenture Trustee for the 10% Senior Subordinated Notes due | ) ) ) ) ) | |

| | |
|---|---|
| **February 1, 2009 of Oglebay Norton Company,** | ) |
| **OGLEBAY NORTON COMPANY, and** | ) |
| **THE DEPOSITORY TRUST COMPANY,** | ) |
| | ) |
| **Defendants-Appellees,** | ) |
| | ) |

-and-

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ONCO INVESTMENT COMPANY,** *et al.,*

     **Defendant-Intervenor.**

### APPELLANTS' DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

     Pursuant to Rule 6 of the Federal Rules of Appellate Procedure and Rule 8006 of the Federal Rules of Bankruptcy Procedure, MW Post Portfolio Fund Ltd., et. al., (the Appellants"), hereby list the following items for inclusion in the record, and designate the statement of issues to be presented, with respect to the Notice of Appeal filed on October 28, 2005, from the Memorandum Order of the United States District Court for the District of Delaware, entered on September 29, 2005.

### DESIGNATION OF RECORD

    A.    **The Docket of the United States District Court for the District of Delaware.**

| Date Filed | Doc No. | Docket Text |
|---|---|---|
| 12/22/2004 | 1 | Notice Of Appeal |
| 12/22/2004 | 2 | Statement Of Issues And Designated Record By Appellants |
| 12/22/2004 | 3 | Designation Of Record (Part 1) By Wells Fargo Assoc. |
| 12/22/2004 | 4 | Designation Of Record (Part 2) By Wells Fargo Assoc. |
| 12/23/2004 | 5 | Notice Of Docketing Bankruptcy Record On Appeal. |

| Date Filed | Doc No. | Docket Text |
|---|---|---|
| 12/29/2004 | 6 | Notice Of Case Assignment |
| 01/13/2005 |  | Case Referred To Mediation. |
| 02/02/2005 | 7 | Letter To Judge Robinson From I. Bifferato Re Mediation |
| 02/22/2005 | 8 | Stipulation To Consolidate Appeals |
| 02/24/2005 |  | So Ordered, Re Stipulation To Consolidate Appeals |
| 02/25/2005 | 9 | Stipulation And Order Establishing Briefing Schedule For Defendant-Appellees' Motion To Dismiss Appeals |
| 02/25/2005 | 10 | Motion To Dismiss Consolidated Appeals |
| 02/25/2005 | 11 | Opening Brief In Support Of Motion To Dismiss |
| 02/25/2005 | 12 | Affidavit Of Paul J. Brodnicki |
| 02/25/2005 | 13 | Affidavit Of Rochelle F. Walk |
| 02/25/2005 | 14 | Affidavit Of Julie J. Becker. |
| 02/25/2005 | 15 | Affidavit Of Richard W. Reinthaler |
| 02/25/2005 | 16 | Notice Of Service Of Motion To Dismiss, Memorandum Of Law In Support, Affidavit Of Julie J. Becker, Affidavit Of Rochelle F. Walk, Affidavit Of Paul J. Brodnicki And Affidavit Of Richard W. Reinthaler |
| 02/28/2005 |  | So Ordered, Re Stipulation, Set Briefing Schedule: |
| 04/08/2005 | 17 | Answering Brief In Opposition To Motion To Dismiss |
| 05/06/2005 | 18 | Defendant-Appellees' Reply Memorandum Of Law In |

| Date Filed | Doc No. | Docket Text |
|---|---|---|
| | | Further Support Of Their Motion To Dismiss Consolidated Appeals |
| 05/09/2005 | 19 | Notice Of Completion Of Briefing And Request For Oral Argument On Motion To Dismiss |
| 05/16/2005 | 20 | Defendant-Appellees' Objection To Plaintiff-Appellants' Notice Of Completion Of Briefing And Request For Oral Argument |
| 09/29/2005 | 21 | Memorandum And Order Granting Motion To Dismiss Four Appeals Of Record |
| 10/28/2005 | 22 | Notice Of Appeal Of Memorandum And Order |

B.  **The Record on Appeal Before the United States District Court for the District of Delaware.**

| Filing Date/Entry Date | Docket No. | Document |
|---|---|---|
| 08/09/2004 | 16 | Amended Complaint (including exhibits). |
| 08/09/2004 | 18 | Amended Motion For Summary Judgment (including attached Memorandum of Law, Declaration of A. Brent Truitt, and exhibits thereto).  Filed by MW Post Portfolio Fund Ltd., *et al.* |
| 08/19/2004 | 25 | Answer of Debtor Oglebay Norton Company to the First Amended Complaint.  Filed by Oglebay Norton Company. |
| 08/19/2004 | 26 | Answer to Amended Complaint, Counterclaim by Wells Fargo Bank, National Association against MW Post Portfolio Fund Ltd, *et al.*, Crossclaim by Wells Fargo Bank, National Association against Oglebay Norton Company.  Filed by Wells Fargo Bank, National Association. |

| **Filing Date/Entry Date** | **Docket No.** | **Document** |
|---|---|---|
| | | |
| 08/20/2004 | 27 | Objection of Debtor-Defendant Oglebay Norton Company to Plaintiffs' Amended Motion for Summary Judgment (including exhibit). Filed by Oglebay Norton Company. |
| 08/26/2004 | 28 | Answer of The Official Committee of Unsecured Creditors to the First Amended Complaint. Filed by Official Committee of Unsecured Creditors. |
| 08/30/2004 | 30 | Motion For Summary Judgment Against The Depository Trust Company (including attached Memorandum of Law, Declaration of A. Brent Truitt, and exhibits thereto). Filed by MW Post Portfolio Fund Ltd, *et al.* |
| 08/31/2004 | 33 | Opposition of The Official Committee of Unsecured Creditors to Plaintiffs' Amended Motion For Summary Judgment. Filed by Official Committee of Unsecured Creditors. |
| 08/31/2004 | 35 | Cross-Motion of Defendant Wells Fargo Bank, National Association for Summary Judgment. Filed by Wells Fargo Bank, National Association. |
| 08/31/2004 | 36 | Memorandum of Law of Wells Fargo Bank in Opposition to Plaintiffs' Amended Motion for Summary Judgment and in Support of Its Cross-Motion for Summary Judgment. Filed by Wells Fargo Bank, National Association. |
| 08/31/2004 | 37 | Affidavit of Richard W. Reinthaler in Opposition to Plaintiffs' Amended Motion for Summary Judgment and in Support of Defendant Wells Fargo Bank, National Association's Cross-Motion for Summary Judgment (including exhibit). Filed by Wells Fargo Bank, National Association. |

| Filing Date/Entry Date | Docket No. | Document |
|---|---|---|
| 09/08/2004 | 39 | Answer to Counterclaims of Wells Fargo Bank, National Association. Filed by MW Post Portfolio Fund Ltd., *et al.* |
| 09/08/2004 | 40 | Answer of Cross-Defendant Oglebay Norton Company to the Cross-Claim of Wells Fargo Bank, National Association. Filed by Oglebay Norton Company. |
| 09/14/2004 | 43 | Memorandum of Law (I) in Reply to Objections to Plaintiffs' Amended Motion for Summary Judgment and (II) In Opposition to Wells Fargo Bank's Cross-Motion for Summary Judgment. Filed by MW Post Portfolio Fund Ltd., *et al.* |
| 09/17/2004 | 49 | Wells Fargo Bank's Reply Memorandum of Law in Further Support of its Cross-Motion for Summary Judgment. Filed by Wells Fargo Bank, National Association. |
| 09/20/2004 | 52 | Combined Answering Brief of The Depository Trust Company in Opposition to Plaintiffs' Summary Judgment Motion and Opening Brief in Support of Cross-Motion to Dismiss. Filed by The Depository Trust Company. |
| 09/20/2004 | 53 | Motion to Dismiss Adversary Proceeding. Filed by The Depository Trust Company. |
| 09/28/2004 | 54 | Memorandum of Decision on Plaintiffs' Amended Motion for Summary Judgment and Wells Fargo Bank's Cross-Motion for Summary Judgment. |
| 09/28/2004 | 55 | Order Denying Plaintiffs' Amended Motion for Summary Judgment. |

| Filing Date/Entry Date | Docket No. | Document |
|---|---|---|
| 09/28/2004 | 56 | Order Granting Wells Fargo Bank's Motion for Summary Judgment. |
| 10/11/2004 | 57 | Memorandum of Law (I) in Reply to Answering Brief of The Depository Trust Company in Opposition to Plaintiffs' Summary Judgment Motion, and (II) in Opposition to Motion of The Depository Trust Company to Dismiss Adversary Proceeding. Filed by MW Post Portfolio Fund Ltd. *et al.* |
| 10/12/2004 | 58 | Transcript of Hearing held on September 23, 2004 before the Honorable Joel B. Rosenthal. |
| 10/22/2004 | 59 | Reply Brief of The Depository Trust Company in Support of Cross-Motion to Dismiss. Filed by The Depository Trust Company. |
| 10/22/2004 | 60 | Response of Wells Fargo Bank, National Association to Plaintiffs' Memorandum of Law (I) in Reply to Answering Brief of The Depository Trust Company in Opposition to Plaintiffs' Summary Judgment Motion and (II) in Opposition to Motion of The Depository Trust Company to Dismiss Adversary Proceeding. Filed by Wells Fargo Bank, National Association. |
| 11/15/2004 | 63 | Memorandum of Decision on Plaintiffs' Motion for Summary Judgment Against The Depository Trust Company and The Depository Trust Company's Motion To Dismiss. |
| 11/15/2004 | 64 | Order On The Depository Trust Company's Motion To Dismiss. |
| 11/15/2004 | 65 | Order On Plaintiffs' Motion For Summary Judgment Against The Depository Trust Company. |

| Filing Date/Entry Date | Docket No. | Document |
|---|---|---|
| 11/24/2004 | 66 | Notice of Appeal.  Filed by MW Post Portfolio Fund Ltd., *et al.* |
| 11/24/2004 | 68 | Notice of Appeal.  Filed by MW Post Portfolio Fund Ltd., *et al.* |
| 11/24/2004 | 70 | Notice of Appeal.  Filed by MW Post Portfolio Fund Ltd., *et al.* |
| 11/24/2004 | 72 | Notice of Appeal.  Filed by MW Post Portfolio Fund Ltd., *et al.* |

## **STATEMENT OF ISSUE ON APPEAL**

Whether the District Court erred by finding that confirmation of the Debtors' plan of reorganization mooted this appeal notwithstanding specific language in the confirmation order reserving the Appellants' rights.

| | |
|---|---|
| DATED:  November 14, 2005 | HENNIGAN, BENNETT & DORMAN LLP |

Bruce Bennett
James O. Johnston
601 South Figueroa Street, Suite 3300
Los Angeles, California  90017
(213) 694-1200 (Telephone)
(213) 694-1234 (Facsimile)

A. Brent Truitt
245 Park Avenue, Suite 3962
New York, New York  10167
(212) 672-1966 (Telephone)
(212) 672-1965 (Facsimile)

--and—

WERB & SULLIVAN

/s/ Brian A. Sullivan
Brian A. Sullivan (#2098)
Amy D. Brown (#4077)
300 Delaware Avenue, 13th Floor
Wilmington, Delaware  19801
(302) 652-1100 (Telephone)
(302) 652-1111 (Facsimile)

Attorneys for Appellants

435686\v1