IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **Onco Investment Company,** *et al.*, | Jointly Administered under Case No.: 04-10558 (JBR) |
| **Debtors.** | Adversary Proceeding Case No.: 04-54122 (JBR) |
| **MW Post Portfolio Fund Ltd.,** *et al.*, **Plaintiffs,** - against - **Norwest Bank Minnesota, National Association (n/k/a Wells Fargo Bank, MN, National Association),** *et al.* **Defendants.** | Civil Action No. 04-1543 (SLR) Third Circuit Appeal No. 05-4857 |

**APPELLEES' DESIGNATION OF ADDITIONAL
ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Wells Fargo Bank, National Association ("Wells Fargo") and the above-captioned debtors and debtors in possession (collectively, the "Debtors," and together with Wells Fargo, the "Appellees"), by and through their undersigned counsel, pursuant to Rule 6 of the Federal Rules of Appellate Procedure and Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby submit the following designation of additional items to be presented in the record on appeal filed by the plaintiffs (the "Appellants") on November 14, 2005 in the above-captioned appeal from the Memorandum Order of the United States District Court for the District of Delaware (the "District Court") (Robinson, J.), entered on the District Court's docket on September 29, 2005 [Docket No. 21].

## **DESIGNATION OF THE RECORD**

Appellees concur that the record on appeal should include all of the documents in the District Court record. For purposes of clarification, however, Appellees submit that the record on appeal includes the following additional items (not specifically listed by Appellants) from the above-captioned bankruptcy case docket (Case No. 04-10558), which Appellees designated pursuant to Bankruptcy Rule 8006 in the original appeal from the United States Bankruptcy Court for the District of Delaware to the District Court and are reflected on the District Court docket as items 3 and 4:

| FILE DATE | DOCKET NUMBER | TITLE OF DOCUMENT |
|---|---|---|
| 7/1/2004 | 1288 | First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Joint Plan of Reorganization of Debtors and Debtors in Possession |
| 7/16/2004 | 1350 | Objection of the Ad Hoc Committee of Senior Secured Noteholders to First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Joint Plan of Reorganization of Debtors and Debtors in Possession |
| 7/30/2004 | 1422 | Second Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Second Amended Joint Plan of Reorganization of Debtors and Debtors in Possession |
| 8/4/2004 | 1447 | Order Approving Second Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Second Amended Joint Plan of Reorganization of Debtors and Debtors in Possession |
| 9/17/2004 | 1619 | Objection of the Ad Hoc Committee of Senior Secured Noteholders to Confirmation of the Second Amended Joint Plan of Reorganization of the Debtors and Debtors in Possession |
| 09/24/2004 | 1662 | Consolidated Reply of the Debtors and Debtors in Possession to Objections Filed to Confirmation of the Second Amended Joint Plan of Reorganization of Debtors and Debtors in Possession |

| FILE DATE | DOCKET NUMBER | TITLE OF DOCUMENT |
|---|---|---|
| 10/21/2004 | 1801 | Transcript of Hearing Before the Honorable Joel B. Rosenthal, United States Bankruptcy Judge, on October 5, 2004 |
| 11/17/2004 | 1945 | Order Confirming Second Amended Joint Plan of Reorganization of Debtors and Debtors in Possession (including exhibits) |

Dated: November 29, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

/s/ Laura Davis Jones

Laura Davis Jones, Esq. (DE Bar No. 2436)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

and

William P. Weintraub, Esq. (admitted pro hac vice)
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
and

DEWEY BALLANTINE LLP
Richard W. Reinthaler, Esq.
Dianne Coffino, Esq.
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

Co-Counsel for Wells Fargo Bank,
National Association

and

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Paul N. Heath*
Daniel J. DeFranceschi, Esq. (DE Bar No. 2732)
Paul N. Heath, Esq. (DE Bar No. 3704)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 658-6548

and

JONES DAY
David G. Heiman, Esq. (OH Bar No. 0038271)
Heather Lennox, Esq. (OH Bar No. 0059649)
Michelle M. Harner, Esq. (OH Bar No. 0064833)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Co-Counsel for the Debtors and Debtors in Possession