IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Onco Investment Company, *et al.*, | Jointly Administered under Case No.: 04-10558 (JBR) |
| Debtors. | Adversary Proceeding Case No.: 04-54122 (JBR) |
| MW Post Portfolio Fund Ltd., *et al.*, Plaintiffs, - against - Norwest Bank Minnesota, National Association (n/k/a Wells Fargo Bank, MN, National Association), *et al.* Defendants. | Civil Action No. 04-1543 (SLR) |

### CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, hereby certify that on the 29th day of November, 2005, I caused a true and correct copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**APPELLEES' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Sandra G. M. Selzer (Bar No. 4283)

68700-001\DOCS_DE:113266.1

Wells Fargo Service List
Document No. 112886
06 – Hand Delivery
02 – First Class Mail
01 – Interoffice Mail

(Counsel for Wells Fargo Bank, National Association)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Interoffice Mail*
(Counsel for Wells Fargo Bank, National Association)
William P. Weintraub, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
780 Third Avenue, 36th Floor
New York, NY 10017

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel for MW Post Portfolio Fund Ltd)
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Oglebay Norton Company)
Daniel J. DeFranceschi, Esquire
Paul N. Heath, Esquire
Karen M. McKinley, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for The Depository Trust Company)
Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Official Committee of Unsecured Creditors)
Gregory Thomas Donilon, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

*Hand Delivery*
(United States Trustee)
United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

*First Class Mail*
(Counsel for Wells Fargo Bank, N.A.)
Richard W. Reinthaler, Esq.
Dianne Coffino, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019

*First Class Mail*
(Counsel for the Oglebay Norton Company)
David G. Heiman, Esq.
Heather Lennox, Esq.
Michelle M. Harner, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114