IN THE UNITED STATES COURT
OF APPEALS
FOR THE THIRD CIRCUIT

---

NO. 05-4857

---

IN RE: ONCO INVESTMENT COMPANY, ET AL.

MW POST PORTFOLIO FUND LTD.; DB DISTRESSED
OPPORTUNITIES FUND LTD.; POST OPPORTUNITY
FUND L.P.; POST TOTAL RETURN FUND L.P.; HFR
DS OPPORTUNITY MASTER TRUST; OPPORTUNITY FUND LLC;
MW POST OPPORTUNITY OFFSHORE FUND LTD.; SOUTH
DAKOTA INVESTMENT COUNCIL; CONCORDIA MAC29 LTD; JME OFFSHORE
OPPORTUNITY FUND LTD; OFFSHORE OPPORTUNITY
FUND II LTD; RESTORATION CAPITAL MANAGEMENT LLC;
RESTORATION HOLDINGS LTD.; LITESPEED MASTER FUND;
MW POST PORTFOLIO FUND LTD, ET AL.,
Appellants

v.

NORTHWEST BANK MINNESOTA, NATIONAL ASSOCIATION
as Indenture Trustee for the 10% Senior Subordinate Notes Due
February 1, 2009 of Oglebay Norton Company also known as Wells
Fargo Bank MN National Association; OGLEBAY NORTON COMPANY;
DEPOSITORY TRUST COMPANY
Appellees

---

On Appeal From the United States
District Court
For the District of Delaware
(D.C. Civil Action Nos. 04-cv-01543, 04-cv-01544, 04-cv-01545, 04-cv-01546)
District Judge: Hon. Sue L. Robinson

---

Argued: November 8, 2006

BEFORE: SCIRICA, Chief Judge, McKEE and
STAPLETON, Circuit Judges

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was argued by counsel on November 8, 2006.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the judgment of the said District Court entered September 29, 2005, be and the same is hereby AFFIRMED. Costs taxed against appellants. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: January 24, 2007

**Cost taxed in favor of Party as follows:**
**Appellees Norwest Bank, Oglebay Norton Co, and**
**Depository Trust Co.:**

Appellee's Brief..............$611.89
Total...............................$611.89

**Certified as a true copy and issued in lieu**
**of a formal mandate on 2/15/07**

Teste: *[signature]*

**Chief Deputy Clerk, U.S. Court of Appeals for the Third Circuit.**