OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
| Clerk | 21400 United States Courthouse | 267-299-4919 |

601 Market Street
Philadelphia PA 19106-1790

www.ca3.uscourts.gov

February 15, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801


**RE: Docket No. 05-4857**
  **In Re: Onco Inv Co**
    **No. 04-cv-01543**
        **04-cv-01544**
        **04-cv-01545**
        **04-cv-01546**

Dear Mr. Dalleo:


   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.



                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                         By:  Chiquita Dyer
                              Case Manager


Enclosure

cc:
    Amy D. Brown, Esq.
    Brian A. Sullivan, Esq.
    James O. Johnston, Esq.
    Laura D. Jones, Esq.
    Richard Reinthaler, Esq.
    Dianne F. Coffino, Esq.
    Daniel J. DeFranceschi, Esq.
    Mark E. Felger, Esq.
    Jeffrey R. Waxman, Esq.
    Gregg M. Mashberg, Esq.